IN THE SUPREME COURT OF THE STATE OF NEVADA

BOIVAE FLEMING,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82490

FILED

MAR 08 2021

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for release of I.A.B. File 2016-1030 from Internal Affairs Bureau. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for release of I.A.B. File 2016-1030 from Internal Affairs Bureau, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-06637

cc: Hon. Tara D. Clark Newberry, District Judge
Boivae Fleming
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk